# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0006.  WRIGHT v. TAPE.**

Davey Wright has filed an emergency motion seeking an extension of time in which to seek discretionary review of the trial court's July 7, 2023 order. Wright's motion is hereby GRANTED. See Court of Appeals Rule 16 (c). Wright shall have until August 21, 2023 in which to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/07/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*